IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

ERICA DIANNE SOMES,                          )
                                             )
                Plaintiff,                   )     TC-MD 130045D
                                             )
        v.                                   )
                                             )
DEPARTMENT OF REVENUE,                       )
State of Oregon,                             )
                                             )
                Defendant.                   )     **DECISION OF DISMISSAL**

This matter is before the court on Defendant's Motion to Dismiss on the ground that

Plaintiff failed to appeal within the 90 days required by ORS 305.280(2).

A review of Plaintiff's materials shows the Notice of Proposed Adjustment and/or

Distribution was mailed to Plaintiff on October 3, 2012. The Notice of Proposed Adjustment

and/or Distribution became final on November 2, 2012. The Complaint was filed on

February 11, 2013. This interval is longer than the 90 days required by ORS 305.280(2)(2011),

which provides:

> "An appeal under ORS 323.416 or 323.623 or from any notice of assessment or
> refund denial issued by the Department of Revenue with respect to a tax imposed
> under ORS chapter 118, 308, 308A, 310, 314, 316, 317, 318, 321 or this chapter,
> or collected pursuant to ORS 305.620, shall be filed within 90 days after the date
> of the notice. An appeal from a proposed adjustment under ORS 305.270 shall be
> filed within 90 days after the date the notice of adjustment is final."

The court is not aware of any circumstances that extend the statutory limit of 90 days.

Defendant's Motion to Dismiss is granted. Now, therefore,

/ / /

/ / /

/ / /

DECISION OF DISMISSAL  TC-MD 130045D                                              1

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss is allowed.

The Complaint is dismissed.

Dated this ____ day of March 2013 .

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within __60__ days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision of Dismissal was signed by Presiding Magistrate Jill A. Tanner on March 11, 2013. The Court filed and entered this Decision of Dismissal on March 11, 2013.*